# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAO KANG LIN,<br><br>        Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL ERIC H. HOLDER,<br><br>        Respondent. | 1:09-cv-01797-LJO-JLT HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 10)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION (Doc. 9)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 24, 2010, Respondent filed a motion to dismiss the instant petition on the grounds that the petition was moot because Petitioner had been released from custody of the Bureau of Immigration and Customs Enforcement ("ICE"). (Doc. 9).   On May 27, 2010, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss be granted and that the petition for writ of habeas corpus be DISMISSED as moot. (Doc. 10). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  To date, none of the parties in this case have filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendation issued May 27, 2010 (Doc. 10), is ADOPTED IN FULL;

    2.  Respondent's motion to dismiss (Doc. 9), is GRANTED;

    3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

    4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

    IT IS SO ORDERED.

**Dated:   July 2, 2010**            /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE